Laura M. Mazza, State Bar No. 259133
Kathryn S. Landman, State Bar No. 260465
LANDMAN & MAZZA LLP
1840 Gateway Drive, Ste. 200
San Mateo, CA 94404
Telephone: (650) 378-1472
Facsimile: (650) 763-3933

Attorneys for Plaintiff
Mariza Marinas

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIZA MARINAS, an individual,<br><br>    Plaintiff,<br><br>    vs.<br><br>UNITED HEALTHCARE SERVICES INC., a corporation, INGENIX, INC., a corporation, and DOES 1-20 inclusive,<br><br>    Defendants. | Case No.  CV 12-04124 CRB<br><br>**STIPULATION AND REQUEST FOR DISMISSAL OF DEFENDANT INGENIX, INC. AND [PROPOSED] ORDER** |

-1-

**STIPULATION FOR DISMISSAL OF DEFENDANT**      **Case No.  CV 12-04124 CRB**
**INGENIX, INC. AND [PROPOSED] ORDER**

IT IS HEREBY STIPULATED AND REQUESTED by and between the parties hereto through their respective attorneys of record that Defendant Ingenix, Inc. be DISMISSED WITHOUT PREJUDICE, each side bearing its own costs and attorneys' fees.

Date:  October 2, 2012    LANDMAN & MAZZA LLP

/s/ Kathryn S. Landman
Attorneys for Plaintiff
Mariza Marinas

Date:  October 2, 2012    SEYFARTH SHAW LLP

/s/ Andrea Nicole de Koning
Attorneys for Defendant
United Healthcare Services, Inc.

-2-

**STIPULATION FOR DISMISSAL OF DEFENDANT INGENIX, INC. AND [PROPOSED] ORDER**    Case No.  CV 12-04124 CRB

**[PROPOSED] ORDER**

On the stipulation of the parties, and good cause appearing therefor, Defendant Ingenix, Inc. is DISMISSED WITHOUT PREJUDICE, each side bearing its own costs and attorneys' fees.

IT IS SO ORDERED.

Dated:   October __4_, 2012                              By: _____



-3-

| STIPULATION FOR DISMISSAL OF DEFENDANT INGENIX, INC. AND [PROPOSED] ORDER | Case No.  CV 12-04124 CRB |