Laura M. Mazza, State Bar No. 259133
Kathryn S. Landman, State Bar No. 260465
LANDMAN & MAZZA LLP
1840 Gateway Drive, Ste. 200
San Mateo, CA 94404
Telephone: (650) 378-1472
Facsimile: (650) 763-3933

Attorneys for Plaintiff
Mariza Marinas

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| MARIZA MARINAS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED HEALTHCARE SERVICES INC., a corporation, INGENIX, INC., a corporation, and DOES 1-20 inclusive,<br><br>Defendants. | Case No. CV 12-04124 CRB<br><br>**STIPULATION AND REQUEST FOR DISMISSAL OF DEFENDANT INGENIX, INC. AND [PROPOSED] ORDER** |

-1-

IT IS HEREBY STIPULATED AND REQUESTED by and between the parties hereto through their respective attorneys of record that Defendant Ingenix, Inc. be DISMISSED WITHOUT PREJUDICE, each side bearing its own costs and attorneys' fees.


Date:   October 2, 2012                          LANDMAN & MAZZA LLP


                                                    /s/ Kathryn S. Landman
                                                 Attorneys for Plaintiff
                                                 Mariza Marinas


Date:   October 2, 2012                          SEYFARTH SHAW LLP


                                                  /s/ Andrea Nicole de Koning
                                                 Attorneys for Defendant
                                                 United Healthcare Services, Inc.

-2-

# [PROPOSED] ORDER

On the stipulation of the parties, and good cause appearing therefor, Defendant Ingenix, Inc. is DISMISSED WITHOUT PREJUDICE, each side bearing its own costs and attorneys' fees.

IT IS SO ORDERED.

Dated:  October __4__, 2012                                   By: _____



-3-