```
1  Kathryn Landman Bain, State Bar No. 260465
2  Laura M. Mazza, State Bar No. 259133
   LANDMAN & MAZZA LLP
3  951 Mariners Island Blvd., Ste. 300
   San Mateo, CA 94404
4  Telephone:  (650) 378-1472
   Facsimile:  (650) 763-3933
5
   Attorneys for Plaintiff
6  Mariza Marinas
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIZA MARINAS, an individual, | Case No. CV-12-04124-CRB |
| Plaintiff, | **STIPULATION AND REQUEST FOR DISMISSAL OF ENTIRE ACTION AND [PROPOSED] ORDER** |
| vs. | |
| UNITED HEALTHCARE SERVICES INC., a corporation, and DOES 1-20 inclusive, | |
| Defendants. | |

-1-

STIPULATION AND REQUEST FOR                                   Case No.  CV-12-04124-CRB
DISMISSAL OF ENTIRE ACTION

-2-

1  IT IS HEREBY STIPULATED AND REQUESTED by and between the parties hereto
2  through their respective attorneys of record that this entire action be DISMISSED WITH
3  PREJUDICE, each side bearing its own costs and attorneys' fees, except as otherwise provided
4  in the parties' settlement agreement.

5

6  Date:  May 7, 2013                              LANDMAN & MAZZA LLP

7

8                                                 _____/s/_____
                                                          Laura M. Mazza
9                                                 Attorney for Plaintiff Mariza Marinas

10

11 Date:  May 7, 2013                              SEYFARTH SHAW LLP

12

13                                                 ___/s/ Andrea Nicole de Koning___
                                                      Attorneys for Defendant
14                                                  United Healthcare Services, Inc.

15

16

17

18

19

20

21

22

23

24

25

# [~~PROPOSED~~] ORDER

On the stipulation of the parties, and good cause appearing therefor, this action is DISMISSED WITH PREJUDICE, each side bearing its own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: May __8__, 2013



STIPULATION AND REQUEST FOR
DISMISSAL OF ENTIRE ACTION

Case No. CV-12-04124-CRB