Kathryn Landman Bain, State Bar No. 260465
Laura M. Mazza, State Bar No. 259133
LANDMAN & MAZZA LLP
951 Mariners Island Blvd., Ste. 300
San Mateo, CA 94404
Telephone: (650) 378-1472
Facsimile: (650) 763-3933

Attorneys for Plaintiff
Mariza Marinas

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIZA MARINAS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED HEALTHCARE SERVICES INC., a corporation, and DOES 1-20 inclusive,<br><br>Defendants. | Case No. CV-12-04124-CRB<br><br>**STIPULATION AND REQUEST FOR DISMISSAL OF ENTIRE ACTION AND [PROPOSED] ORDER** |

IT IS HEREBY STIPULATED AND REQUESTED by and between the parties hereto through their respective attorneys of record that this entire action be DISMISSED WITH PREJUDICE, each side bearing its own costs and attorneys' fees, except as otherwise provided in the parties' settlement agreement.

Date:  May 7, 2013                                                                  LANDMAN & MAZZA LLP

                                                                                                  /s/
                                                                                         Laura M. Mazza
                                                                              Attorney for Plaintiff Mariza Marinas

Date:  May 7, 2013                                                                  SEYFARTH SHAW LLP

                                                                                  /s/ Andrea Nicole de Koning
                                                                                     Attorneys for Defendant
                                                                                United Healthcare Services, Inc.

**[PROPOSED] ORDER**

On the stipulation of the parties, and good cause appearing therefor, this action is DISMISSED WITH PREJUDICE, each side bearing its own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: May 8, 2013



IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA